Laurie B. Mapes, OSB #841670
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice:  (503) 543-2900
Fax:  (503) 543-3676

  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JIM H.,[1]                                                    Case No.  3:21-cv-00098-SI

      Plaintiff,

  v.

COMMISSIONER, SOCIAL                                         ORDER
SECURITY ADMINISTRATION,

      Defendant.

_____

     Based on the stipulation of the parties and Plaintiff's application, it is ORDERED that

attorney fees in the amount of $10,920.54 are awarded to Plaintiff under the Equal Access to

Justice Act, 28 U.S.C. § 2412.  The parties agree that Plaintiff has assigned the EAJA attorney

fees to Plaintiff's attorney.  The attorney fees shall be paid to Plaintiff's attorney, subject to

verification that Plaintiff does not have a debt which qualifies for offset against the EAJA fees

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of
the nongovernmental party in this case.

ORDER - 1

under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010).  If

Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, Laurie B.

Mapes.  If Plaintiff has such a debt, then the check for any remaining funds after offset of the

debt shall be made payable to Plaintiff.  The check, regardless of the named payee, shall be

mailed to Plaintiff's attorney, Laurie B. Mapes, at P.O. Box 1241, Scappoose, Oregon, 97056.


DATED this __3rd__ day of ___March_____, 2022.


_____

Michael H. Simon
United States District Judge


SUBMITTED BY:

<u>s/ Laurie B. Mapes</u>
Laurie B. Mapes
OSB # 841670
(503) 543-2900
Attorney for Plaintiff


ORDER - 2